UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| ANN LYNN BENTON, | ) | Civil Action No. 5:23-CV-02385-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 28th day of September, 2023, upon consideration of the Defendant's Motion to Remand, ECF No. 16, and any response thereto, it is hereby **ORDERED** that the Defendant's Motion, ECF No. 16, is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g), including a new decision.

IT IS SO ORDERED.

September 28, 2023                           Kaymani D. West
Florence, South Carolina                     United States Magistrate Judge